AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☐ SUPERSEDING

─── OFFENSE CHARGED ───

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

─── DEFENDANT - U.S ───

CAESAR RAHSAN AMMONS
a/k/a Rahsan Ceasar Ammons, Caser Rahsan Ammons

DISTRICT COURT NUMBER
**CR08-0177 DLJ**

FILED
MAR 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   AUSA GARTH HIRE

─── DEFENDANT ───

IS NOT IN CUSTODY
1) ☒ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction    } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?   ☐ Yes  ☐ No    If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments:

PENALTY SHEET ATTACHMENT

*UNITED STATES v. RAHSAN CAESAR AMMONS*

### COUNTS ONE AND TWO
**Use of a Communications Facility (Telephone) to Facilitate Narcotics Trafficking**
**(21 U.S.C. § 843(b))**

| | |
|---|---|
| Imprisonment: | Maximum Four Years |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 1-Year Supervised Release |
| Special Assessment: | $100 |

### COUNT THREE
**Distribution of Crack Cocaine**
**(21 U.S.C. §§ 841(a)(1), (b)(1)(A)(iii))**

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 20 Years Imprisonment |
| Fine: | Maximum $8,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 10-Year Term of Supervised Release |
| Special Assessment: | $100 |

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **OAKLAND**



UNITED STATES OF AMERICA,

V.

CEASAR RAHSAN AMMONS,
a/k/a Rahsan Ceasar Ammons,
a/k/a Caser Rahsan Ammons,

**CR08-0177 DLJ**

DEFENDANT.

## INDICTMENT

21 U.S.C. § 843(b) – Use of a Communications Facility
(Telephone) to Commit/Facilitate Narcotics Trafficking;
21 U.S.C. §§ 841(a)(1), (b)(1)(A)(iii) – Distribution of
Crack Cocaine

FILED
2008 MAR 19 PM 4:13
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

A true bill.

_____
Foreman

Filed in open court this __19__ day of
_MARCH 2008_

_____
Clerk

Bail, $ _No bail, arrest warrant_
_Wayne D. Brazil_   3/19/08

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED

2008 MAR 19 PM 4:13

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CEASAR RAHSAN AMMONS, ) <br> a/k/a Rahsan Ceasar Ammons, ) <br> a/k/a Caser Rahsan Ammons, ) <br> ) <br> Defendant. ) <br> ) | No. CR 08-0177 DLJ <br><br> VIOLATIONS: 21 U.S.C. § 843(b) – Use of a Communications Facility (Telephone) to Commit/Facilitate Narcotics Trafficking; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(iii) – Distribution of Crack Cocaine <br><br> OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:   (21 U.S.C. § 843(b) – Use of a Communications Facility (Telephone) to Commit/Facilitate Narcotics Trafficking)

On or about October 30, 2007, in the Northern District of California, defendant,

CEASAR RAHSAN AMMONS,
a/k/a Rahsan Ceasar Ammons,
a/k/a Caser Rahsan Ammons,

did knowingly and intentionally use a communications facility, namely a telephone, in committing, and in causing and facilitating the commission of, an act constituting a felony violation of Title 21, United States Code, Section 841(a)(1), specifically, distribution of a Schedule II controlled substance, namely, approximately 246.9 grams of cocaine base in the form

INDICTMENT

1

of "crack" cocaine, in violation of Title 21, United States Code, Section 843(b).

COUNT TWO:   (21 U.S.C. § 843(b) – Use of a Communications Facility (Telephone) to Commit/Facilitate Narcotics Trafficking)

On or about October 30, 2007, in the Northern District of California, defendant,

CEASAR RAHSAN AMMONS,
a/k/a Rahsan Ceasar Ammons,
a/k/a Caser Rahsan Ammons,

did knowingly and intentionally use a communications facility, namely a telephone, in committing, and in causing and facilitating the commission of, an act constituting a felony violation of Title 21, United States Code, Section 841(a)(1), specifically, distribution of a Schedule II controlled substance, namely, approximately 246.9 grams of cocaine base in the form of "crack" cocaine, in violation of Title 21, United States Code, Section 843(b).

COUNT THREE:   (21 U.S.C. §§ 841(a)(1), (b)(1)(A)(iii) – Distribution of Crack Cocaine)

On or about October 30, 2007, in the Northern District of California, defendant,

CEASAR RAHSAN AMMONS,
a/k/a Rahsan Ceasar Ammons,
a/k/a Caser Rahsan Ammons,

did knowingly and intentionally distribute a Schedule II controlled substance, namely, approximately 246.9 grams of cocaine base in the form of "crack" cocaine in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(iii).

FORFEITURE ALLEGATION:   (21 U.S.C. § 853)

1.   The allegations of Counts One through Three of this Indictment are realleged and incorporated herein.

2.   Upon conviction of any of the offenses alleged in Counts One through Three above, the defendant,

INDICTMENT

2

1  shall forfeit to the United States all property constituting and derived from any proceeds the
2  defendant obtained, directly or indirectly, as a result of said violations, and any property used, or
3  intended to be used, in any manner or part, to commit, or to facilitate the commission of said
4  violations, including, but not limited to, a money judgment of not less than $4,750, which
5  represents the value of narcotics distributed by defendant.
6     3.   If, as a result of any act or omission of the defendant, any of said property
7          a.   cannot be located upon the exercise of due diligence;
8          b.   has been transferred or sold to or deposited with a third person;
9          c.   has been placed beyond the jurisdiction of the Court;
10         d.   has been substantially diminished in value; or
11         e.   has been commingled with other property which without difficulty cannot
12              subdivided;
13 any and all interest defendants have in any other property (not to exceed the value of the above
14 forfeitable property) shall be forfeited to the United States.
15     All in violation of Title 21, United States Code, Sections 853(a)(1), (a)(2), and (p).

17 DATED: 3-19-08                                          A TRUE BILL
                                                          FOREPERSON

20 JOSEPH P. RUSSONIELLO
   United States Attorney

22 W. DOUGLAS SPRAGUE
23 Chief, Oakland Branch

25 (Approved as to form: _____
                         AUSA GARTH HIRE

INDICTMENT

3