JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

1301 Clay Street, Suite 340-S
Oakland, California 94612-5217
Telephone:  (510) 637-3929
Facsimile:  (510) 637-3724
E-Mail:     Garth.Hire@udoj.gov

Attorneys for Plaintiff

FILED

2008 MAR 19  PM 4: 13

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR08-0177  DLJ |
| Plaintiff, | SEALING APPLICATION AND SEALING ORDER |
| v. | |
| CEASAR RAHSAN AMMONS, a/k/a Rahsan Ceasar Ammons, a/k/a Caser Rahsan Ammons, | |
| Defendant. | |

    The United States requests that the Indictment, Penalty Sheet and Arrest Warrant (except

that the Clerk's office may provide a copy of the Arrest Warrant to the U.S. Attorney's Office

and the executing agents) in the above-captioned case filed with the Court on March 19, 2007, be

filed under seal until further order of the Court.  The reason for this request is to facilitate the

///

///

///

SEALING APPLICATION AND ORDER

1

Document No.

District Court
Criminal Case Processing

1   arrest of the defendant.  Revealing the Indictment may compromise the arrest of the defendant.

2       WHEREFORE, I respectfully request that the Court issue an Order granting this Application.

3   DATED: March 18, 2008                     Respectfully submitted,

4

5                                             JOSEPH P. RUSSONIELLO
                                              United States Attorney
6

7

8                                             GARTH HIRE
                                              Assistant United States Attorney
9

10                                  **ORDER**

11      On the government's application, the Indictment, Penalty Sheet, and Arrest Warrant filed

12  with the Court on March 19, 2007, shall be filed under seal until further order of the court

13  (except that the Clerk's office may provide a copy of the Arrest Warrant to the U.S. Attorney's

14  Office and the executing agents).

15      IT IS SO ORDERED.

16

17

18

19  DATED: ___3/19/08___

20                                            HONORABLE WAYNE D. BRAZIL
                                              UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28

SEALING APPLICATION AND ORDER

2