JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612-5217
    Telephone:  (510) 637-3929
    Facsimile:   (510) 637-3724
    E-Mail:      Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff, )<br>   v. )<br>CEASAR RAHSAN AMMONS, )<br>        Defendant. )<br>_____ ) | No. CR 08-0177 DLJ<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING STATUS<br>CONFERENCE AND EXCLUDING TIME |

      Plaintiff, by and through its attorney of record, and defendant, by and through his attorney of record, hereby stipulate and ask the Court to find as follows:

      1.    A status conference in this matter is currently scheduled for 9 a.m. on Friday, July 11, 2008.

      2.    The parties request that this hearing be continued until 9 a.m. on Friday, August 1, 2008, in order to provide defendant's counsel with additional time to evaluate the evidence in this case and determine whether or not defendant should enter a change of plea or file motions and to prepare for trial in this matter and because defendant's counsel will be in trial for

STIPULATION AND ORDER RESCHEDULING
HEARING; EXCLUDING TIME

1  approximately two weeks starting July 14, 2008.

2      3.    Specifically, defendant's counsel needs the continuance in order to review with
3  his client the discovery materials produced by the government, including video and audio
4  recordings, and to evaluate defendant's criminal history including arrest and conviction
5  documents produced by the government, to further review the evidence in this case, to review
6  and analyze the discovery materials produced, investigate the case, and develop a motions and/or
7  trial strategy in light of that discovery.  Defendant's counsel is also unavailable for approximately
8  two weeks beginning July 14, 2008, because he will be in trial.  The parties believe that failure to
9  grant the above-requested continuance would deny defendant continuity of counsel, would deny
10 defendant's counsel and defendant the reasonable time necessary for effective preparation taking
11 into account the exercise of due diligence, and that the ends of justice served by continuing the
12 case as requested outweigh the interest of the public and defendant in a trial within the date
13 prescribed by the Speedy Trial Act.

14     4.    Thus, the parties respectfully request that the Court find that the time period from
15 July 11, 2008, to August 1, 2008, is excludable pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (B)(iv)
16 because it results from a continuance granted by the Court at the defendant's request and on the
17 basis of the Court's finding that the ends of justice served by taking such action outweigh the
18 best interest of the public and the defendant in a speedy trial and because failure to grant the
19 continuance would unreasonably deny defendant continuity of counsel and would unreasonably
20 deny defense counsel the time necessary for effective preparation for trial, taking into account
21 due diligence.

22     IT IS SO STIPULATED.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: July 8, 2008                                           /s/
GARTH HIRE
Assistant United States Attorney

Attorney for United States of America

Dated: July 8, 2008

/s/
RICHARD TAMOR

Attorney for Defendant
Ceasar Rahsan Ammons

## [PROPOSED] ORDER

FOR GOOD CAUSE SHOWN, THE COURT ADOPTS THE FINDINGS OF FACT AND CONCLUSIONS OF LAW STIPULATED TO BY THE PARTIES. THEREFORE, IT IS SO FOUND AND ORDERED THAT:

1. The currently scheduled July 11, 2008, status conference hearing is vacated. A status conference hearing is now scheduled for 9:00 a.m. on August 1, 2008.

2. The time period from July 11, 2008, to August 1, 2008, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (B)(iv) because it results from a continuance granted by the Court at the defendant's request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and because failure to grant the continuance would unreasonably deny defendant continuity of counsel and would reasonably deny defense counsel the time necessary for effective preparation for trial, taking into account due diligence. The Court finds that nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which trial must commence.

DATED: _____

HONORABLE D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RESCHEDULING
HEARING; EXCLUDING TIME                3