9am  YC
E-FILING CASE

9am - 9:51am

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTE ORDER

Date: __8/29/08__

**FILED**
AUG 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case No: CR-__08-00177-DLJ__    Judge: D. Lowell Jensen
Reporter: __RAYNEE McLEOD__    Clerk: Frances Stone

Defendant(s):    Defense Counsel:
CAESAR RAHSAN AMMONS  Present? Y  In Custody? Y   RICHARD TAMOR

US Attorney: GARTH HIRE
Interpreter:
US Probation Officer:

Reason for Hearing:    Ruling:
~~SETTING/STAT~~ / CHANGE OF PLEA    — HELD
GUILTY PLEA TO COUNT THREE OF THE INDICTMENT
PLEA IS WITH CONSENT OF COUNSEL. PLEA IS ACCEPTED
AND ENTERED

Notes: GOV MO TO DISMISS REMAINING COUNTS 1 AND 2 REFERRED
TO SENTENCING DATE.

Case continued to: __11/14/08 AT 10:00am__ for __SENTENCING__
Case continued to: _____ for _____
Case continued to: _____ for _____
   Motions to be filed by _____; Opposition due _____
Case continued to: _____ for Pretrial Conference
Case continued to: _____ for Trial
Excludable Delay  Category _____ Begins _____ Ends _____

CC: PROBATION