UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| Case Number | CR08-00177-01-DLJ |
| Defendant's Name | **CAESAR RAHSAN AMMONS** |
| Defendant's Counsel | Richard Tamor |
| Due Date | 11/14/08 AT 10 Am |
| 1  Courtroom | Floor  4th |

~~~~~~NOTICE TO DEFENSE COUNSEL~~~~~~

**The Court has directed that a:**

```
      XX        Presentence Investigation
_____ Bail Investigation
_____ Bail Supervision
_____ Postsentence Investigation
_____ 4244
```

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the **Probation Office,**
before leaving the Courthouse today to make the necessary arrangements.

✓ cc to Counsel
✓ cc to Probation

RICHARD W. WIEKING, CLERK

by: _____Frances Stone_____
      Frances Stone , Deputy Clerk

Dated: **8/29/08**

**US PROBATION OFFICE**~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Is defendant in custody?    Yes or No
Is defendant English speaking?  Yes or No  [Interpreter:_____]
Defendant's address: _____
_____
_____
_____